RALPH P. GUENTHER, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER|MILLER LAW GROUP
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>    CASSANDRA L. HIGLESIAS,<br><br>        Debtor.<br>_____/ | Case No. 21-51125 HLB<br><br>Chapter 13<br><br>Adversary Proceeding No. 21-05036 |
| CASSANDRA L. HIGLESIAS,<br><br>        Plaintiff,<br><br>vs.<br><br>Domain Motors, LLC,<br><br>        Defendant.<br>_____/ | |

**DEBTOR'S DECLARATION IN SUPPORT OF MOTION FOR**

**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

    I, Cassandra L. Higlesias, declare:

    1.    I am the Plaintiff herein.  I am also a Debtor in connection with Case No.21-51125, filed on August 25, 2021 (the "Petition Date").  I make this declaration from my personal knowledge

and am prepared to testify competently to the following facts.

2. My adult daughter and I are currently homeless. We are living in motels until we can get assistance or save up enough money for a deposit on an apartment.

3. I am an independent contractor with Door Dash. I need my car to earn income to support myself and my daughter. :

4. On June 21, 2021, I purchased a 2009 BMW 535i (VIN WBAWB73509P045252) (the "Vehicle") from Domain Motors, LLC (the "Creditor"). I made a down payment of $7,500.00 for the Vehicle and Creditor agreed to finance the balance at the rate of 21.95 percent. A true and correct copy of the Retail Installment Sale Contract (the "Contract") is attached hereto as Exhibit 1.

5. I was unable to make the initial $1,000.00 payment due on July 21, 2021, and Creditor repossessed the Vehicle without notice. I thereafter received a notice from Creditor stating that I owed $11,600.88 under the Contract.

6. Because I need the Vehicle to support myself and my daughter, I decided to file for bankruptcy. I filed a Chapter 13 Petition on August 25, 2021, (the "Petition Date"). I also filed a Chapter 13 Plan which provided for payment in full of Creditor's claim and adequate protection payments. Doc#5.

7. My attorney gave notice to Creditor, but Creditor has refused to return possession of the Vehicle to me.

8. I use the Vehicle for business and will be unable to make my plan payments unless Creditor restores possession of the vehicle to me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 2, 2021, at Salinas, California.

                                                  */s/ Cassandra L. Higlesias*
                                                  Cassandra L. Higlesias