RALPH P. GUENTHER, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER|MILLER LAW GROUP
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorney for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51125 HLB |
|     CASSANDRA L. HIGLESIAS, | Chapter 13 |
|         Debtor._____/ | Adversary Proceeding No. 21-05036 |
| CASSANDRA L. HIGLESIAS, | |
|         Plaintiff, | |
| vs. | |
| Domain Motors, LLC, | |
|         Defendant._____/ | |

**DECLARATION OF DEBTORS' ATTORNEY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Ralph P. Guenther, declare:

1. I am an attorney licensed to practice law by the State of California and authorized to appear before this Court. I am the attorney of record for Cassandra L. Higlesias, Debtor and

1

Plaintiff, herein. I make this declaration from my personal knowledge and am prepared to testify competently to the following facts.

2. On August 25, 2021, I assisted Debtor in filing a Chapter 13 Petition and related documents with the United States Bankruptcy Court for the Northern District of California, San Jose Division, Case No.21-51125. In connection with the bankruptcy case, Debtor filed a Chapter 13 Plan which provided for full payment to secured creditor Domain Motors, LLC (the "Creditor").

3. Creditor is secured by a 2009 BMW 535i (VIN WBAWB73509P045252) (the "Vehicle"). Creditor repossessed the Vehicle prior to the filing of the Petition.

4. Upon the filing of the Petition, my assistant called and emailed a copy of the notice of bankruptcy to Creditor. I instructed my client to contact Creditor to make arrangements to pick up the Vehicle. My client thereafter called back advising me that Creditor was refusing the return the Vehicle.

5. On August 27, 2021, I wrote to Seyed Kamal Aghdasi Alamdari, Managing Member of Domain Motors, LLC. The letter was sent by electronic mail and regular mail to the address for Creditor and to the address listed with the California Secretary of State for the agent for service of process. A true and correct copy of my letter is attached hereto as Exhibit 1. Creditor has not responded to the letter and continues to maintain possession of the Vehicle.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 2, 2021, at Carmel, California.

*/s/ Ralph P. Guenther*
Ralph P. Guenther