RALPH P. GUENTHER, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER|MILLER LAW GROUP
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorney for Debtor and Plaintiff

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51125HLB |
|     CASSANDRA L. HIGLESIAS, | Chapter 13 |
|         Debtor. | Adversary Proceeding No. 21-05036 |
| CASSANDRA L. HIGLESIAS, | |
|         Plaintiff, | |
| vs. | |
| Domain Motors, LLC, | |
|         Defendant. | |

**APPLICATION FOR ORDER SHORTENING TIME**

I, Ralph P. Guenther, declare:

    1.    I am an attorney licensed to practice law by the State of California and a principal of Guenther|Miller Law Group, attorneys for Plaintiff and Debtor. I make this declaration from my personal knowledge and in support of this Application for Order Shortening Time. If called as a witness would testify competently to the following facts.

2. Debtor seeks an Order Shortening Time for this Court to hear her Motion for Temporary Restraining Order and Preliminary Injunction for return of Debtor's vehicle repossessed by Creditor/Defendant.

3. On August 25, 2021 the petition in the main bankruptcy case was filed.

4. On August 30, 2021, this Adversary Proceeding was filed.

5. On August 30, 2021 Defendant was served the following documents:

**- SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING**

**- BDRP INFORMATION SHEETS**

**- ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE**

**- ADVERSARY PROCEEDING COVER SHEET**

**- COMPLAINT**

6. An emergency exists because Defendant, after receiving notice of Debtor's bankruptcy, has ignored 11 U.S.C. § 541(a) and 11 U.S.C. § 542 and has refused to return possession of Debtor's vehicle. So long as Defendant refuses to return possession of the vehicle, Debtor will suffer immediate and irreparable harm, including loss of livelihood, inability to make plan payments and dismissal of her bankruptcy case.

WHEREFORE, counsel respectfully requests issuance of an Order Shortening Time to hear Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction at the Court's first available time and date.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this application was executed on September 2, 2021, at Carmel, California.

Date: September 2, 2021     GUENTHER|MILLER LAW GROUP

*/s/Ralph P. Guenther*
Ralph P. Guenther, Esq.
Attorney for Plaintiff