RALPH P. GUENTHER, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER|MILLER LAW GROUP
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51125HLB |
|     CASSANDRA L. HIGLESIAS, | Chapter 13 |
|         Debtor. | Adversary Proceeding No. 21-05036 |
| _____/ | |
| CASSANDRA L. HIGLESIAS, | |
|         Plaintiff, | |
| vs. | |
| Domain Motors, LLC, | |
|         Defendant. | |
| _____/ | |

**NOTICE OF ERRATA RE: ADVERSARY COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

    Plaintiff, Cassandra L. Higlesias, debtor in the above-captioned bankruptcy case, respectfully submits this errata in connection with her Adversary Complaint [Doc# 1] and Motion for Temporary Restraining Order and Preliminary Injunction [Doc# 5]. The errata is filed to correct the following

errors:

**Complaint [Doc# 1]:**

1. Page 1, line 25 - BMW listed as 535i, should be 335i

2. Page 2, line 16 - down payment listed as $7,500, should be $8,000

3. Page 2, line 16 - Car repossessed on August 3, 2021

**Motion for TRO and Preliminary Injunction [Doc# 5]:**

1. Page 2 of Motion, line 5 - BMW listed as 535i, should be 335i

2. Page 2 of Debtor's Declaration in Support of Motion (attachment to Motion) Doc# 5-1 line 4 - debtor listed as a contractor with Door Dash, should be list as a contractor for InstaCart

3. Page 2 of Debtor's Declaration in Support of Motion (attachment to Motion) Doc# 5-1, line 6 - BMW listed as 535i, should be 335i

4. Page 2 of Debtor's Declaration in Support of Motion (attachment to Motion) Doc# 5-1, line 7 - down payment listed as $7,500, should be $8,000

5. Page 2 of Declaration of Debtor's Attorney in Support of Motion(attachment to Motion) Doc# 5-2, line 7 - BMW listed as 535i, should be 335i

WHEREFORE, Plaintiff respectfully requests that the Court accept this Notice of Errata to correct the errors found in the Adversary Complaint and Motion for Preliminary Injunction and Temporary Restraining Order.  Counsel apologizes for these errors.

Date: September 3, 2021                                       GUENTHER|MILLER LAW GROUP

*/s/Ralph P. Guenther*
Ralph P. Guenther, Esq.
Attorney for Plaintiff

GUENTHER | MILLER
LAW GROUP
601 South Main Street
Salinas CA 93901