# Notice Recipients

District/Off: 0971–5    User: admin    Date Created: 9/3/2021
Case: 21–05036    Form ID: pdfeoapc    Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Cassandra L. Higlesias    3106 Lake Dr #27    Marina, CA 93933
dft    Domain Motors, LLC    1911 Soquel Ave    Santa Cruz, CA 95062

TOTAL: 2