Entered on Docket
September 03, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 3, 2021

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 21-51125 HLB |
| CASSANDRA L. HIGLESIAS, | Chapter 13 |
| Debtor. | |
| CASSANDRA L. HIGLESIAS, | |
| Plaintiff, | Adv. Proc. No. 21-5036 HLB |
| v. | |
| DOMAIN MOTORS LLC, | |
| Defendant. | |

**ORDER DENYING AS MOOT EX PARTE APPLICATION
FOR ORDER SHORTENING TIME**

On September 2, 2021, Plaintiff/Chapter 13 Debtor Cassandra L. Higlesias filed an [Ex Parte] Application for Order Shortening Time.[1] By way of her Application, Ms. Higlesias seeks an expedited hearing on her separately filed motion for temporary restraining order and preliminary injunction.[2]

The court has issued an order granting the Motion to the extent it seeks a temporary restraining order and setting a

---

[1] Dkt. 6 (the "Application").

[2] Dkt. 5 (the "Motion").

hearing on the Motion's request for a preliminary injunction.[3] Given entry of the Order, the court hereby **DENIES** the Application **AS MOOT.**

**\*\*END OF ORDER\*\***

---

[3] Dkt. 8 (the "Order").

## Court Service List

Domain Motors LLC
1911 Soquel Avenue
Santa Cruz, CA 95062