# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 9/3/2021 |
| Case: 21–05036 | Form ID: pdfeoapc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft    Domain Motors, LLC    1911 Soquel Ave    Santa Cruz, CA 95062

TOTAL: 1