

**GUENTHER|MILLER LAW GROUP**

601 South Main Street | Salinas CA 93901

Ralph P. Guenther, Esq.
rguenther@guentherlawgroup.com

August 27, 2021

Seyed Kamal Aghdasi Alamdari
Managing Member
Domain Motors, LLC
1911 Soquel Avenue
Santa Cruz CA 95062

Seyed Kamal Aghdasi Alamdari
Managing Member
Domain Motors, LLC
10709 Culbertson Drive
Cupertino CA 95014

Re: *Cassandra Higlesias - Demand for Turnover of Vehicle*
*Chapter 13 Bankruptcy Case No. 21-51125*

Dear Mr. Aghdasi Alamdari:

I represent Cassandra Higlesias in connection with the referenced chapter 13 bankruptcy case filed on August 25, 2021. Ms. Higlesisas advised that Domain Motors, LLC, is in possession of a 2009 BMW 335i belonging to her. Pursuanat to section 542 of the Bankruptcy Code, you are obligated to immediately turn the vehicle over to Ms. Higlesias. The vehicle has been listed as an asset in the chapter 13 bankruptcy case and the chapter 13 plan provides for full payment to Domain Motors, LLC. Accordingly, Ms. Higlesias has the right to the use of the vehicle during the chapter 13 case. Although our office has reached out to you, Domain Motors, LLC, has refused to relinquish possession of the vehicle.

Ms. Higlesias is prepared to provide you with a certificate of insurance listing Domain Motors, LLC, as a loss payee when she takes possession of the vehicle.

Please call me if you wish to discuss this matter, or to arrange for the transfer of the vehicley. If the vehicle is not released to the Ms. Higlesias by Sunday, August 29, 2021, we will file a complaint seeking turnover of the property and will seek an immediate hearing on a motion for a temporary restraining order. A copy of the complaint is attached for your review.

Very truly yours,

Ralph P. Guenther

RPG/rpg
Enclosure
Domain Motors demand letter.wpd