Ralph P. Guenther, Esq. 124245
GUENTHER | MILLER LAW GROUP
601 S Main Street
Salinas, CA 93901

831.783.3440
rguenther@guentherlawgroup.com

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51125 HLB |
|     CASSANDRA L. HIGLESIAS, | Chapter 13 |
|               Debtor. / | Adversary Proceeding No. 21-05036 |

CASSANDRA L. HIGLESIAS,

        Plaintiffs,

vs.

Domain Motors, LLC,

        Defendant.
                             /

**CERTIFICATE OF SERVICE**
**[BLR 9049-1 (b)]**

    I declare as follows: I am a citizen of the United States. I am employed in the County of Monterey, California. My business address is 601 S. Main Street, Salinas, CA 93901. I am over the age of 18 years and am not a party to the within entitled cause. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the

internal mail collection system at Guenther |Miller Law Group is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 3, 2021** a true and accurate photo-copies of the following documents:

- **TEMPORARY RESTRAINING ORDER; ORDER SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**
- **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**
- **DECLARATION OF DEBTOR IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**
- **DECLARATION OF DEBTOR'S ATTORNEY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**
- **COPY OF EXHIBITS**

were placed for service, via email to drive@domainmotors.com, with the Fedex office located 501 S. Main Street, Salinas, CA with postage prepaid (guaranteed delivery by Tuesday September 7, 2021 at 10:30am) and in Guenther|Miller Law Group's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004<br>***Served Electronically Only*** | **Chapter 13 Trustee**<br>Devin Derham-Burk, Trustee<br>P.O. Box 50013<br>San Jose, CA 95150<br>***Served Electronically Only*** |
| Domain Motors, LLC<br>Attn Officer Managing or General Agent<br>1911 Soquel Ave<br>Santa Cruz, CA 95062<br>***Per Secretary of State*** | Domain Motors, LLC<br>Attn Officer Managing or General Agent<br>10709 Culbertson Dr.<br>Cupertino, CA 95014<br>***Per Secretary of State*** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **September 3, 2021,** at Salinas, California.

                */s/ Elvira D. Jackson*
                Elvira D. Jackson