RALPH P. GUENTHER, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER|MILLER LAW GROUP
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorney for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51125 HLB |
|     CASSANDRA L. HIGLESIAS, | Chapter 13 |
|     Debtor. / | Adversary Proceeding No. 21-05036 |
| CASSANDRA L. HIGLESIAS, | Hearing Information: |
|     Plaintiff, | Date: September 9, 2021<br>Time: 2:00 p.m. |
| vs. | **Via tele/videoconference** |
| DOMAIN MOTORS, LLC, | Judge: Hon. Hannah L. Blumenstiel |
|     Defendant. / | |

**ATTORNEY'S DECLARATION RE: MOTION FOR PRELIMINARY INJUNCTION**

I, Ralph Guenther, declare:

1. I am an attorney licensed to practice law by the State of California and authorized to appear before this Court. I am the attorney of record for Cassandra L. Higlesias, Debtor and Plaintiff, herein. I make this declaration from my personal knowledge and am prepared to testify

1

competently to the following facts.

2. On this date, I received a telephone call from Seyed Alamdari. Mr. Alamdari identified himself as the owner of Domain Motors, LLC, the defendant in this adversary proceeding. The Statement of Information (LLC-12) filed by Domain Motors, LLC, with the California Secretary of State on July 20, 2020, lists Seyed Kamal Aghdasi Alamdari as the managing member and agent for service of process for Domain Motors, LLC. A true and correct copy of the LLC-12 is attached hereto as Exhibit 1.

3. Mr. Alamdari called me to advise that Domain Motors, LLC, could not transfer title to the 2009 BMW 335i (VIN WBAWB73509P045252) (the "Vehicle"), to Plaintiff as required by the Temporary Restraining Order issued on September 3, 3021, as Doc# 8, because Domain Motors, LLC, did not have title to the Vehicle to transfer. Mr. Alamdari explained that Domain Motors, LLC, had purchased the Vehicle from a wholesaler, but had not received title to the Vehicle. He offered instead to "unwind" the deal by refunding all of the money paid by Plaintiff to Domain Motors, LLC.

4. Mr. Alamdari admitted that the Vehicle was still in the possession of the towing company.

5. I advised Mr. Alamdari that I would speak with my client regarding the "offer" to "unwind" the deal, but that I believed it would not be acceptable to Plaintiff. I further reminded Mr. Alamdari of the hearing scheduled for September 9, 2021, at 2:00 p.m. and recommended that he immediately retain counsel to represent Domain Motors, LLC, at the hearing.

6. Accordingly, as of 2:30 p.m., on this date, I am informed and believe and thereon allege the following:

- that Defendant, Domain Motors, LLC, is aware of its obligations under the Temporary Restraining Order;
- that Domain Motors, LLC, has control over the Vehicle in that its agent, the towing company is in possession of the Vehicle; and
- that Domain Motors, LLC, has refused to comply with the Temporary Restraining Order, notwithstanding the fact that Mr. Alamdari, the managing

member of Domain Motors, LLC, had actual notice of the Temporary Restraining Order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 8, 2021, at Salinas, California.

*/s/ Ralph Guenther*
Ralph Guenther



**Secretary of State
Statement of Information**
(Limited Liability Company)

| LLC-12 |
|---|

20-C87257

# FILED

In the office of the Secretary of State
of the State of California

JUL 20, 2020

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
DOMAIN MOTORS, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201716510024 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1911 SOQUEL AVE | SANTA CRUZ | CA | 95062 |
| b. Mailing Address of LLC, if different than item 4a<br>1911 SOQUEL AVE | SANTA CRUZ | CA | 95062 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>1911 SOQUEL AVE | SANTA CRUZ | CA | 95062 |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| seyed kamal | | Aghdasi alamdari | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10709 culbertson dr | Cupertino | CA | 95014 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Seyed kamal | | Aghdasi alamdari | |

| b. Street Address (if agent is **not** a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10709 culbertson dr | Cupertino | CA | 95014 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Auto dealership |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/20/2020 | seyed kamal aghdasi alamdari | managing member | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

Case: 21-05036   Doc# 15   Filed: 09/08/21   Entered: 09/08/21 15:46:31   Page 4 of 4

LLC-12 (REV 01/2017)                                            *Exhibit 1*
Page 1 of 1                                                     2017 California Secretary of State
                                                                www.sos.ca.gov/business/be