| | |
|---|---|
| 1 | Ralph P. Guenther, Esq. 124245 |
| | GUENTHER | MILLER LAW GROUP |
| 2 | 601 S Main Street |
| | Salinas, CA 93901 |
| 3 | |
| | 831.783.3440 |
| 4 | rguenther@guentherlawgroup.com |
| 5 | Attorneys for Plaintiff |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51125 HLB |
|     CASSANDRA L. HIGLESIAS, | Chapter 13 |
|                Debtor. / | Adversary Proceeding No. 21-05036 |

CASSANDRA L. HIGLESIAS,

        Plaintiffs,

vs.

Domain Motors, LLC,

        Defendant. /

**CERTIFICATE OF SERVICE**
**[BLR 9049-1 (b)]**

    I declare as follows: I am a citizen of the United States. I am employed in the County of Monterey, California. My business address is 601 S. Main Street, Salinas, CA 93901. I am over the age of 18 years and am not a party to the within entitled cause. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the

internal mail collection system at Guenther |Miller Law Group is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 8, 2021** a true and accurate photo-copies of the following documents:

**-ATTORNEY'S DECLARATION RE: MOTION FOR PRELIMINARY INJUNCTION - COPY OF EXHIBIT 1**

were placed for service, via email to drive@domainmotors.com, and 1@domainmotors.com and in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004<br>***Served Electronically Only*** | **Chapter 13 Trustee**<br>Devin Derham-Burk, Trustee<br>P.O. Box 50013<br>San Jose, CA 95150<br>***Served Electronically Only*** |
| Domain Motors, LLC<br>Attn Officer Managing or General Agent<br>1911 Soquel Ave<br>Santa Cruz, CA 95062<br>***Per Secretary of State***<br>Served via email: 1@domainmotors.com | Domain Motors, LLC<br>Attn Officer Managing or General Agent<br>10709 Culbertson Dr.<br>Cupertino, CA 95014<br>***Per Secretary of State***<br>Served via email: drive@domainmotors.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **September 8, 2021,** at Salinas, California.

    */s/ Yolanda Galvan*
    Yolanda Galvan