# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 9/8/2021 |
| Case: 21–05036 | Form ID: pdfeoapc | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Cassandra L. Higlesias     3106 Lake Dr #27     Marina, CA 93933
dft     Domain Motors, LLC     1911 Soquel Ave     Santa Cruz, CA 95062

TOTAL: 2