RALPH P. GUENTHER, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER|MILLER LAW GROUP
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51125 HLB |
|     CASSANDRA L. HIGLESIAS, | Chapter 13 |
|         Debtor. / | Adversary Proceeding No. 21-05036 |
| CASSANDRA L. HIGLESIAS, | Hearing Information: |
|         Plaintiff, | Date: September 9, 2021<br>Time: 2:00 p.m. |
| vs. | **Via tele/videoconference** |
| Domain Motors, LLC, | Judge: Hon. Hannah L. Blumenstiel |
|         Defendant. / | |

**DEBTOR'S DECLARATION RE: MOTION FOR PRELIMINARY INJUNCTION**

I, Cassandra L. Higlesias, declare:

1. I am the Plaintiff herein. I am also a Debtor in connection with Case No.21-51125, filed on August 25, 2021 (the "Petition Date"). I make this declaration from my personal knowledge and am prepared to testify competently to the following facts.

1

2. I received confirmation from my attorney on Friday, September 3, 2021, that the Court had issued a Temporary Restraining Order and that a copy of the Temporary Restraining Order had been emailed to Domain Motors, LLC. I then called Domain Motors, LLC, and spoke with Sean. I advised Sean that a Temporary Restraining Order had been issued by the Bankruptcy Court and that a copy had been emailed directly to Domain Motors, LLC. He claimed he knew nothing about and said I would have to speak with the manager, Nick. He told me Nick was not there and refused to give me his telephone number.

3. I called back again on Saturday afternoon and again spoke with Sean. I again demanded that I be allowed to pick up my car. Sean put me on hold. He came back on the line and said the car was not on lot and he did not know where it was. He again said he knew nothing and I would have to speak to manger who was once again not there.

4. I called back a different number and someone else answered. I was then transferred to a woman who once again said she knew nothing about it and all she could do was take a message and have manager get back to me on Monday.

5. Sean called me and said the manger was willing to unwind the loan and return my down payment. I told him I would have to talk with my attorney first. After thinking about it for about 3 seconds, I called him back and let him know I did not want to do that; I just wanted my car back and that he was violating a TRO. Again he said he knew nothing about it and would have the manger call me. I have never been contacted by a manger.

6. Because I am living in a motel, I had many of my personal possessions stored in the car. I don't know what happened to my possessions.

7. Without my car, I cannot earn any money to make my chapter 13 plan payments. Even more important, if I can't earn any money, I will no longer be able to afford to stay in a motel. I will the be living on the street. Help!

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 8, 2021, at Salinas, California.

*/s/ Cassandra L. Higlesias*
Cassandra L. Higlesias