RALPH P. GUENTHER, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER|MILLER LAW GROUP
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>    CASSANDRA L. HIGLESIAS,<br><br>             Debtor.<br>_____ / | Case No. 21-51125 HLB<br><br>Chapter 13<br><br>Adversary Proceeding No. 21-05036 |
| CASSANDRA L. HIGLESIAS,<br><br>             Plaintiff,<br><br>vs.<br><br>Domain Motors, LLC,<br><br>             Defendant.<br>_____ / | Hearing Information:<br><br>Date:  September 9, 2021<br>Time:  2:00 p.m.<br><br>**Via tele/videoconference**<br><br>Judge: Hon. Hannah L. Blumenstiel |

**DECLARATION RE: MOTION FOR PRELIMINARY INJUNCTION**

I, Elvira Jackson, declare:

1. I am a senior case analyst for Guenther Miller Law Group, attorney's for Plaintiff herein. I make this declaration from my personal knowledge and am prepared to testify competently to the following facts.

1

2. In connection with the Adversary Proceeding filed on behalf of Plaintiff, I contacted the Morgan Hill Police Department to determine the identity of the towing company responsible for towing Plaintiff's vehicle. I was told DayBreak Metro, Inc., had towed the vehicle.

3. I then called DayBreak Metro, Inc., and spoke with Kelsey Benson, the Operations Supervisor. She confirmed that DayBreak Metro, Inc., had towed Plaintiff's vehicle on August 2, 2021, and that the vehicle was released back to Domain Motors, LLC, on August 9, 2021.

4. A true and correct copy of the email I received from Ms. Benson is below:

Good morning,

Thank you for the information, Elvira. We take bankruptcy very seriously and would do anything we could to help the get the vehicle back in the case that we still had the vehicle.

We repossessed this on 8/3/21 and it was released back to the finance company on 8/9/21. From the information you provided, it looks like the bankruptcy was filed 22 days after our repossession and 16 days after we released the vehicle. I'm sorry we couldn't be of more help. We wish you and your client the best.

--
**Kelsey Benson**
Operations Supervisor
Daybreak Metro. Inc
Ph: 510.574.0505 ex.116
Fax: 510.574.0299

DayBreak Metro Inc.
Driven by passion, measured by performance, a culture of excellence

Check out our 2021 Service Area

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 8, 2021, at Salinas, California.

*/s/ Elvira Jackson*
Elvira Jackson