RALPH P. GUENTHER, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER|MILLER LAW GROUP
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorney for Debtor and Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>    CASSANDRA L. HIGLESIAS,<br><br>        Debtor.<br>_____/ | Case No. 21-51125HLB<br><br>Chapter 13<br><br>Adversary Proceeding No. 21-05036 |
| CASSANDRA L. HIGLESIAS,<br><br>        Plaintiff,<br><br>vs.<br><br>DOMAIN MOTORS, LLC,<br><br>        Defendant.<br>_____/ | **NOTICE OF DISMISSAL OF COMPLAINT TO TURNOVER OF PROPERTY OF THE ESTATE UNDER 11 U.S.C. § 542(A)** |

    Plaintiff, Cassandra L. Higlesias, hereby provides Notice of Dismissal of Adversary Proceeding No. 21-05036 pursuant to FRCP 41.

Date: October 29, 2021                                  GUENTHER|MILLER LAW GROUP

                                                                               */s/Ralph P. Guenther*
                                                                               Ralph P. Guenther, Esq.
                                                                               Attorney for Plaintiff